Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                      Case No.:  17−29280−MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael P. Cianci
    PO Box 183
    Sayreville, NJ 08871

Social Security No.:
    xxx−xx−2065

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2018
JAN: slf

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-29280-MBK
Michael P. Cianci                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 23, 2018
                              Form ID: 148             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
```
db           +Michael P. Cianci,   PO Box 183,    Sayreville, NJ 08871-0183
517081790    +Apothaker Scian, PC,   520 Fellowship Road,   Suite C306,   Mount Laurel, NJ 08054-3410
517081797    +Citibank/Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Bopx 790040,
               Saint Louis, MO 63179-0040
517081799    +Client Services, Inc.,   3451 Harry Truman BLVD,   Saint Charles, MO 63301-9816
517081801     Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
517081802    +Experian,   475 Anton Blvd,   Costa Mesa, CA 92626-7037
517081803    +Mia Kiritsis. Esq.,   Midland Funding LLC,   1037 Raymond Blvd.,   Suite 710,
               Newark, NJ 07102-5427
517081806    +New York Depart of Taxation and Finance,   Bankruptcy Section,   PO Box 5300,
               Albany, NY 12205-0300
517081822     TransUnion,   P.O. Box 2000,   Crum Lynne, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 00:01:11    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 00:01:08    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517081791    +EDI: TSYS2.COM May 24 2018 03:33:00    Barclays Bank Delaware,   100 S West St,
               Wilmington, DE 19801-5015
517081792    +EDI: TSYS2.COM May 24 2018 03:33:00    Barclays Bank Delaware,   Po Box 8803,
               Wilmington, DE 19899-8803
517081794     E-mail/Text: bankruptcy@cavps.com May 24 2018 00:01:29    Cavalry Portfolio Services,
               Po Box 27288,   Tempe, AZ 85285
517081793    +E-mail/Text: bankruptcy@cavps.com May 24 2018 00:01:29    Cavalry Portfolio Services,
               Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
517224488    +E-mail/Text: bankruptcy@cavps.com May 24 2018 00:01:30    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
517081795    +EDI: CHASE.COM May 24 2018 03:33:00    Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington, DE 19850-5298
517081796    +EDI: CHASE.COM May 24 2018 03:33:00    Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517081798    +EDI: SEARS.COM May 24 2018 03:33:00    Citibank/Sears,   Po Box 6283,
               Sioux Falls, SD 57117-6283
517273637    +E-mail/Text: bncmail@w-legal.com May 24 2018 00:01:20    Comenity Capital Bank/Paypal Credit,
               c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517081800    +E-mail/Text: bankruptcy.bnc@ditech.com May 24 2018 00:00:52    Ditech Financial LLC,
               PO Box 6154,   Rapid City, SD 57709-6154
517251585     E-mail/Text: bankruptcy.bnc@ditech.com May 24 2018 00:00:52
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
517208497    +EDI: MID8.COM May 24 2018 03:33:00    MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
517081805    +EDI: MID8.COM May 24 2018 03:33:00    Midland Funding,   2365 Northside Dr Ste 30,
               San Diego, CA 92108-2709
517081804    +EDI: MID8.COM May 24 2018 03:33:00    Midland Funding,   Attn: Bankruptcy,   Po Box 939069,
               San Diego, CA 92193-9069
517081808     EDI: PRA.COM May 24 2018 03:33:00    Portfolio Recovery,   120 Corporate Blvd Ste 1,
               Norfolk, VA 23502
517081807     EDI: PRA.COM May 24 2018 03:33:00    Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
517128511     EDI: PRA.COM May 24 2018 03:33:00    Portfolio Recovery Associates, LLC,
               C/Ocapital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
517134658     EDI: PRA.COM May 24 2018 03:33:00    Portfolio Recovery Associates, LLC,   c/o Amazon.com,
               POB 41067,   Norfolk VA 23541
517285302     EDI: Q3G.COM May 24 2018 03:33:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
               PO Box 788,   Kirkland, WA  98083-0788
517081809    +E-mail/Text: rwjebn@rwjbh.org May 24 2018 00:02:13    Robert Wood Johnson University,
               1 Robert Wood Johnson Place,   New Brunswick, NJ 08901-1966
517081810    +EDI: CHRM.COM May 24 2018 03:33:00    Santander Consumer USA,   Po Box 961275,
               Fort Worth, TX 76161-0275
517082606    +EDI: RMSC.COM May 24 2018 03:33:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517081811    +EDI: RMSC.COM May 24 2018 03:33:00    Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
               Po Box 956060,   Orlando, FL 32896-0001
517081812    +EDI: RMSC.COM May 24 2018 03:33:00    Synchrony Bank/ JC Penneys,   Po Box 965007,
               Orlando, FL 32896-5007
517081813    +EDI: RMSC.COM May 24 2018 03:33:00    Synchrony Bank/Amazon,   Attn: Bankruptcy,
               Po Box 956060,   Orlando, FL 32896-0001
517081814    +EDI: RMSC.COM May 24 2018 03:33:00    Synchrony Bank/Amazon,   Po Box 965015,
               Orlando, FL 32896-5015
517081815    +EDI: RMSC.COM May 24 2018 03:33:00    Synchrony Bank/Care Credit,   Attn: Bankruptcy,
               Po Box 956060,   Orlando, FL 32896-0001
517081817    +EDI: RMSC.COM May 24 2018 03:33:00    Synchrony Bank/Care Credit,   Po Box 965005,
               Orlando, FL 32896-5005
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: May 23, 2018
                              Form ID: 148             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517081816      +EDI: RMSC.COM May 24 2018 03:33:00      Synchrony Bank/Care Credit,   C/o Po Box 965036,
                Orlando, FL 32896-0001
517081818      +EDI: RMSC.COM May 24 2018 03:33:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
517081819      +EDI: RMSC.COM May 24 2018 03:33:00      Synchrony Bank/Lowes,    Po Box 965005,
                Orlando, FL 32896-5005
517081820      +EDI: RMSC.COM May 24 2018 03:33:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
517081821      +EDI: RMSC.COM May 24 2018 03:33:00      Synchrony Bank/Walmart,    Po Box 965024,
                Orlando, FL 32896-5024
                                                                                                TOTAL: 35

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517282304*       Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
```
            Albert   Russo    docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC fka Green Tree Servicing LLC
             dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Justin M Gillman    on behalf of Debtor Michael P. Cianci abgillman@optonline.net,
             r47252@notify.bestcase.com
            Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC fka Green Tree Servicing LLC
             kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```